IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CALVIN WARREN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11cv00179 SWW |
| | * | |
| | * | |
| | * | |
| FREDY MAE WARREN, *et al*., | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed.

IT IS SO ORDERED this 28th day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE